**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY E. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00807 JMB |
| | ) | |
| ST. LOUIS COUNTY JUSTICE | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Stanley Alford's Application to Proceed in District Court Without Prepayment of Fees and Costs. [ECF No. 3]. To obtain in forma pauperis status, Plaintiff, a prisoner, is required to provide a certified copy of his inmate account statement for the "6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). After reviewing the account statement, the Court will then assess an initial partial filing fee. *See id.* § 1915(b)(1).

With the commencement of this action, Plaintiff filed his Application, *see* ECF No. 3, but he has not provided a copy of his prison account statement. Plaintiff will be given 30 days to provide the statement so that this case may proceed. His failure to do so will result in a dismissal of this case without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that, <u>**within 30 days of the date of this Order**</u>, Plaintiff must submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his Complaint.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 22nd day of May, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE